# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-672
_____

MAURICE JAVON JACKSON,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

February 28, 2019

PER CURIAM.

Based on this Court's recent decision in *Jackson v. State*, 2019 WL 513654 (Fla. 1st DCA Feb. 11, 2019), quashing Jackson's consecutive mandatory minimum sentences and remanding for the trial court "to enter an order imposing the mandatory minimums to run concurrently," the current appeal is dismissed as moot.

DISMISSED.

ROWE, RAY, and OSTERHAUS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Charlie Cofer, Public Defender, and Elizabeth Hogan Webb, Assistant Public Defender, Jacksonville, for Appellant; Andy Thomas, Public Defender, and Danielle Jorden, Assistant Public Defender, Tallahassee, for Appellant.

No appearance for Appellee.